IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03-HC-966-H

| | |
|---|---|
| JOHNNY STREET PARKER, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| GERALD BRANKER, Warden, Central Prison, | ) |
| Respondent. | ) |

This matter is before the court on petitioner's motions to seal his proposed clemency budget filed on December 9, 2011, and his amended proposed clemency budget filed on December 15, 2011. It is ORDERED that petitioner's motions [DE # 129 & 131] are GRANTED. The clerk is directed to file DE #128 and #130 under seal pending further order of the court.

This 27th day of December 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville